**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00436-CV**

_____

**IN RE GOVERNMENT EMPLOYEES INSURANCE COMPANY, AS
SUBROGEE OF DONNA STEWART**

**Original Proceeding
County Court at Law No. 1 of Jefferson County, Texas
Trial Cause No. 126059**

**MEMORANDUM OPINION**

Relator, Government Employees Insurance Company, as Subrogee of Donna Stewart (GEICO or Relator), filed a petition for writ of mandamus seeking to compel the trial court to vacate its order of September 25, 2015, which required GEICO to produce three years of invoices and supporting documents, evidencing GEICO's payment of claims involving charges and fees associated with the towing and storage of its insureds' vehicles in a three-county area. We temporarily stayed

1

the trial court's order and we requested a response from the real party in interest, Savant's Collision Center, Inc. (Savant or Real Party in Interest).

After reviewing the mandamus petition, record, and the response filed by Savant, we conclude that Relator has failed to establish that the trial court abused its discretion in ordering the production of the discovery in question. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004). Accordingly, we lift our temporary order and we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on November 20, 2015
Opinion Delivered December 23, 2015

Before McKeithen, C.J., Horton and Johnson, JJ.